# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2267

_____

United States of America,       *
                                     *

Appellee,       *

       * Appeal from the United States
v.       * District Court for the
       * Eastern District of Missouri.

Russell Leo Ralph,       * [UNPUBLISHED]
       *

Appellant.       *

_____

Submitted: December 3, 2003

Filed: January 5, 2004

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Russell Ralph appeals the district court's[1] orders denying his Federal Rule of Civil Procedure 60(b)(4) motions. Ralph argued that his 1994 criminal judgment was void and that the district court could not issue its ruling by writing on the face of his pleadings. Having reviewed the record, we find no abuse of discretion by the district court. See Sanders v. Clemco Indus., 862 F.2d 161, 169 (8th Cir. 1988) (standard of review). The judgment is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.